UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| OHKA AMERICA, INC. | : |
| Plaintiff, | : |
| v. | : Court No. 05-00286 |
| UNITED STATES, | : |
| Defendant. | : |

STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.  The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2.  The imported merchandise covered by the entries set forth on Schedule A, attached, consists of photoresists identified on the commercial invoices by the alpha numeric item numbers enumerated on Schedule B.

3.  The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as described as "Chemical preparations for photographic uses (other than varnishes, glues, adhesives and similar preparations…: Other: Chemical preparations for photographic uses: Other," under subheading 3707.90.32 HTSUS at 6.5% ad valorem.

{0178297.DOCX;1}

*Ohkct America Inc.* v. *The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 05-00286

4.  The stipulable imported merchandise is classifiable as "Chemical preparations for photographic uses (other than varnishes, glues, adhesives and similar preparations)…: Sensitizing emulsions," under subheading 3707.10.00, HTSUS, at the rate of 3% ad valorem.

5.  The imported merchandise covered by the entries set forth on the attached schedule is stipulable in accordance with this agreement, except for the photoresists identified by an asterisk at the bottom of Schedule B.

6.  Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

{0178297.DOCX:1}

*Ohka America Inc.* v. *The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 05-00286

7.  All other claims and non-stipulated entries marked with an asterisk are abandoned.

8.  Each party will bear its own costs and attorney's fees.

Respectfully submitted,

GEORGE R. TUTTLE,
A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
George.tuttle.sr@tuttlelaw.com
Tel.: (415) 986-8780

Date:  09/08/2023          By: _____

George R. Tuttle
Attorneys for Plaintiff
Ohka America, Inc.

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. MCCARTHY
Director

Date: **9-8- IDV**          By: _____

JUSZHV R. MILLER
Attorney-ln-Charge
International Trade Field Office

Date: **9-8-2023**          By: _____

EDWARD F. KENNY
Senior Trial Counsel
Civil Division, Dept. of
Justice Commercial Litigation
branch 26 Federal Plaza –
Room 346 New York, New
York 10278 Tel.: (212)
264-0480
Edward.Kenny@usdoj.gov

(0178297 DOCX.1)

*Ohka America Inc.* v. *The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 05-00286

     IT IS HEREBY ORDERED that this action is decided and this final judgment is to be

entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials

shall reliquidate the entries and make refund in accordance with the stipulation of the parties set

forth above.


Date: _____          _____
                                       THE HONORABLE TIMOTHY C. STANCEU,
                                       JUDGE

**Ohka America, Inc.**
**Schedule A**

Plaintiff: Ohka America, Inc.
Port Names: San Francisco International Airport
Court No. 05-00286 Date: 4/4/2005

| Protest No. | Protest Date | Protest Denied | | Entry No. | Entry Date | Liquidation Date |
|---|---|---|---|---|---|---|
| 280900-100494 | 7/25/2000 | 10/8/2004 | | H41-5010621-3 | 6/29/1999 | 5/12/2000 |
| | | | | H41-5010650-2 | 7/12/1999 | 5/26/2000 |
| | | | | H41-5010655-1 | 7/13/1999 | 5/26/2000 |
| 280900-100612 | 8/29/2000 | 10/6/2004 | | H41-5010719-5 | 8/10/1999 | 6/23/2000 |
| | | | | H41-5010739-3 | 8/13/1999 | 6/23/2000 |
| | | | | H41-5010747-6 | 8/19/1999 | 6/30/2000 |
| 280900-100725 | 10/18/2000 | 10/6/2004 | | H41-5010785-6 | 9/7/1999 | 7/21/2000 |
| | | | | H41-5010798-9 | 9/10/1999 | 7/21/2000 |
| | | | | H41-5010826-8 | 9/22/1999 | 8/4/2000 |
| | | | | H41-5010855-7 | 10/5/1999 | 8/18/2000 |
| 280902-100119 | 1/10/2002 | 10/8/2004 | | EE6-8033316-2 | 10/5/2001 | 10/17/2001 |
| | | | | EE6-8033445-9 | 10/10/2001 | 10/19/2001 |
| | | | | EE6-8033626-4 | 10/16/2001 | 10/25/2001 |
| | | | * | EE6-8034703-0 | 11/20/2001 | 11/30/2001 |
| | | | * | EE6-8035171-9 | 12/6/2001 | 12/17/2001 |
| | | | | EE6-8035399-6 | 12/12/2001 | 12/21/2001 |
| 280902-100120 | 1/30/2002 | 10/8/2004 | | H41-5011909-1 | 12/26/2000 | 11/9/2001 |
| | | | | H41-5011934-9 | 1/10/2001 | 11/23/2001 |
| | | | | H41-5011954-7 | 1/16/2001 | 11/30/2001 |
| | | | | H41-5011958-8 | 1/18/2001 | 11/30/2001 |
| | | | | H41-5011964-6 | 1/23/2001 | 12/7/2001 |
| | | | | H41-5011983-6 | 1/30/2001 | 12/14/2001 |
| | | | | H41-5011996-8 | 2/6/2001 | 12/21/2001 |
| | | | | H41-5011997-6 | 2/7/2001 | 12/21/2001 |
| | | | | H41-5012000-8 | 2/9/2001 | 12/21/2001 |
| | | | | H41-5012001-6 | 2/9/2001 | 12/21/2001 |
| 280902-100276 | 3/28/2002 | 10/8/2004 | | H41-5012012-3 | 2/14/2001 | 12/28/2001 |
| | | | | H41-5012035-4 | 2/22/2001 | 1/4/2002 |
| | | | | H41-5012036-2 | 2/22/2001 | 1/4/2002 |
| | | | | H41-5012043-8 | 2/27/2001 | 1/11/2002 |
| | | | | H41-5012045-3 | 2/27/2001 | 1/11/2002 |
| | | | | H41-5012062-8 | 3/6/2001 | 1/18/2002 |
| | | | | H41-5012064-4 | 3/6/2001 | 1/18/2002 |
| | | | | H41-5012075-0 | 3/8/2001 | 1/18/2002 |
| | | | | H41-5012083-4 | 3/13/2001 | 1/25/2002 |
| | | | | H41-5012084-2 | 3/13/2001 | 1/25/2002 |
| 280902-100445 | 6/6/2002 | 10/8/2004 | | H41-5012171-7 | 4/23/2001 | 3/8/2002 |
| | | | | H41-5012174-1 | 4/24/2001 | 3/8/2002 |
| | | | | H41-5012181-6 | 4/26/2001 | 3/8/2002 |
| | | | | H41-5012182-4 | 4/26/2001 | 3/8/2002 |
| | | | | H41-5012185-7 | 4/27/2001 | 3/8/2002 |
| | | | | H41-5012216-0 | 5/17/2001 | 3/29/2002 |
| | | | | H41-5012224-4 | 5/18/2001 | 3/29/2002 |

* The entries marked by an asterisk (*) are abandoned.

1/2

**Ohka America, Inc.**
**Schedule A**

Plaintiff:  Ohka America, Inc.
Port Names:  San Francisco International Airport
Court No. 05-00286 Date: 4/4/2005

| Protest No. | Protest Date | Protest Denied | Entry No. | Entry Date | Liquidation Date |
|---|---|---|---|---|---|
| | | | H41-5012263-2 | 6/7/2001 | 4/19/2002 |
| | | | H41-5012281-4 | 6/13/2001 | 4/26/2002 |
| | | | H41-5012285-5 | 6/14/200! | 4/26/2002 |
| | | | H41-5012261-6 | 7/5/2001 | 4/19/2002 |
| 280902-100568 | 7/25/2002 | 10/8/2004 | H41-5012293-9 | 6/19/2001 | 5/3/2002 |
| | | | H41-5012296-2 | 6/20/2001 | 5/3/2002 |
| | | | H41-5012300-2 | 6/21/200! | 5/3/2002 |
| | | | H41-5012301-0 | 6/21/2001 | 5/3/2002 |
| | | | H41-5012302-8 | 6/22/2001 | 5/3/2002 |
| | | | H41-5012308-5 | 6/26/200! | 5/10/2002 |
| | | | H41-5012316-8 | 6/28/2001 | 5/10/2002 |
| | | | H41-5012317-6 | 6/28/2001 | 5/10/2002 |
| | | | H41-5012337-4 | 7/10/2001 | 5/24/2002 |
| | | | H41-5012341-6 | 7/12/200! | 5/24/2002 |

* The entries marked by an asterisk (*) are abandoned.

**2/2**

Ohka America, inc.
Court No. 05-00286
Schedule B

| | A | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | H41-5010621-3 | 6/29/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | TDUR-P017(PM) |
| 3 | | H41-5010621-3 | 6/29/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | TDUR-P024(PM) |
| 4 | | H41-5010621-3 | 6/29/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | TARF-5A-29 |
| 5 | | H41-5010621-3 | 6/29/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | TARF-6A-30 |
| 6 | * | H41-5010621-3 | 6/29/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | TGF TR-2(PE) |
| 7 | | H41-5010650-2 | 7/12/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | TDUR-P065(PM) |
| 8 | | H41-5010655-1 | 7/13/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | TDUR-P603(PM) |
| 9 | | H41-5010655-1 | 7/13/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | TARF-5A-30 |
| 10 | | H41-5010655-1 | 7/13/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | TARF-6A-32 |
| 11 | | H41-5010655-1 | 7/13/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | TARF-7A-2 |
| 12 | * | H41-5010655-1 | 7/13/1999 | 280900-100494 | 7/25/2000 | 10/8/2004 | OMR-83 |
| 13 | | H41-5010719-5 | 8/10/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | TDUR-P031(PM) |
| 14 | | H41-5010719-5 | 8/10/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | TDUR-POOI(PM) |
| 15 | | H41-5010719-5 | 8/10/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | TDUR-PEX3D70(PM) |
| 16 | | H41-5010719-5 | 8/10/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | TDUR-P017(PM) |
| 17 | | H41-5010719-5 | 8/10/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | TDUR-P024(PM) |
| 18 | | H41-5010719-5 | 8/10/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | TDUR-P603(PM) |
| 19 | | H41-5010719-5 | 8/10/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | DP-711HC(EL) |
| 20 | * | H41-5010719-5 | 8/10/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | TSMR-V50(EL) |
| 21 | * | H41-5010739-3 | 8/13/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | EP-009(EL) |
| 22 | * | H41-5010739-3 | 8/13/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | EN-009(PE) |
| 23 | | H41-5010739-3 | 8/13/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | TARF-6A-33 |
| 24 | | H41-5010739-3 | 8/13/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | TDUR-P509(PM) |
| 25 | | H41-5010747-6 | 8/19/1999 | 280900-100612 | 8/29/2000 | 10/6/2004 | TDUR-P009FS(PM) |
| 26 | | H41-5010785-6 | 9/7/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | TARF-5A-30 |
| 27 | | H41-5010798-9 | 9/10/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | TDUR-P015(PM) |
| 28 | | H41-5010826-8 | 9/22/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | DP-317AL(PM) |
| 29 | * | H41-5010826-8 | 9/22/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | TSP-9AEX |
| 30 | | H41-5010855-7 | 10/5/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | TDUR-P015(PM) |
| 31 | | H41-5010855-7 | 10/5/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | TDUR-P017(PM) |

*The merchandise marked by an asterisk (*) consists of a photoresist identified on the commercial invoice in the specified entry (a) which is not stipulate and is abandoned or (b) as to which all relief sought has previously been granted and no further relief is due.

1/10

Ohka America, Inc.
Court No. 05-00286
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |  | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 32 |  | H41-5010855-7 | 10/5/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | TDUR-P024(PM) |
| 33 |  | H41-5010855-7 | 10/5/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | TDUR-P031(PM) |
| 34 |  | H41-5010855-7 | 10/5/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | TDUR-PSOl(PM) |
| 35 |  | H41-5010855-7 | 10/5/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | TDUR-P503(PM) |
| 36 | * | H41-5010855-7 | 10/5/1999 | 280900-100725 | 10/18/2000 | 10/6/2004 | TSP-5A |
| 37 |  | H41-5011909-1 | 12/26/2000 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P308(EM) 5CP |
| 38 |  | H41-5011909-1 | 12/26/2000 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P308(EM) 6CP |
| 39 |  | H41-5011909-1 | 12/26/2000 | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-7A-3 |
| 40 |  | H41-5011909-1 | 12/26/2000 | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-7A-3 |
| **41** |  | H41-5011909-1 | 12/26/2000 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-631HL |
| 42 |  | H41-5011909-1 | 12/26/2000 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-631HL D05(HL) |
| 43 |  | H41-5011909-1 | 12/26/2000 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-741HC(EL) 16CP |
| 44 |  | H41-5011909-1 | 12/26/2000 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P628D15(EL) 17CP |
| 45 |  | H41-5011909-1 | 12/26/2000 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-631HLD05(HL) |
| 46 |  | H41-5011909-1 | 12/26/2000 | 280902-100120 | 1/30/2002 | 10/8/2004 | THMR-IP3830(LB) 38CP |
| 47 |  | H41-5011934-9 | 1/10/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-7A-3 |
| 48 |  | H41-5011934-9 | 1/10/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-534Tr-2HI(EL) 8CP |
| 49 |  | H41-5011934-9 | **1/10/2001** | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P722(EL) 11CP |
| 50 |  | H41-5011934-9 | **1/10/2001** | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-TF02 |
| 51 | * | H41-5011934-9 | **1/10/2001** | 280902-100120 | 1/30/2002 | 10/8/2004 | DN-083 |
| 52 |  | H41-5011934-9 | 1/10/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-5A-50 |
| 53 | * | H41-5011934-9 | 1/10/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | IN Trial 22(PM) |
| 54 | * | H41-5011934-9 | 1/10/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | OFR-5(BE) 6CP |
| 55 |  | H41-5011934-9 | **1/10/2001** | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-5A-52 |
| 56 |  | H41-5011934-9 | **1/10/2001** | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P511(PM) 4CP |
| 57 |  | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | THMR-IP3680(HL) 1OCP |
| 58 |  | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-5A-50 |
| 59 | * | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | DN-063 |
| 60 | * | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | NDC-007 |
| **61** |  | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P419(PM) 4.5CP |

*The merchandise marked by an asterisk (*) consists of a photoresist identified on the commercial invoice in the specified entry (a) which is not stipulate and is abandoned or (b) as to which all relief sought has previously been granted and no further relief is due.

Ohka America, Inc.
Court No. 05-00286
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 62 | | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | OFPR-8600A2(LB) 15CP |
| 63 | | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | OFPR-8600A2(EL) 15CP |
| 64 | | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P722(EL) 17CP |
| 65 | | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-7A-25 EL |
| 66 | * | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | EL THINNER |
| 67 | * | 841-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | LB THINNER |
| 68 | * | H41-5011954-7 | 1/16/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | SST-A2 |
| 69 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | EP-M06 EL |
| 70 | | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-631HLD05 HL |
| 71 | | «41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-63HLD05 HL |
| 72 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | NDC-007 |
| 73 | | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-444AC EM |
| 74 | | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P308(EM) 5.5CP |
| 75 | | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P308(EM) 7CP |
| 76 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | EN-009 PE |
| 77 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-ACF02 EM |
| 78 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-ACF03 EM |
| 79 | * | H41-5011958-8 | 1/18/2001 | 280907-100120 | 1/30/2002 | 10/8/2004 | TF2-ACF04 GP |
| 80 | * | H41-5011958-8 | 1/18/2.001 | 7.80902-100120 | 1/30/2002 | 10/8/2004 | TF2-ACF05 EM |
| 81 | * | H4.1-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-ACF06 GP |
| 82 | * | H41-5Q11958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-ACF07 EM |
| 83 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-ACO1 PM |
| 84 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-AR16 PM |
| 85 | * | H41-5Q11958-8 | 1/18/2001 | 280902-100120 | 1/30/2.002 | 10/8/2004 | TF2-B022 PM |
| 86 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-B034 PM |
| 87 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-B035 EM |
| 88 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-BQ36 GP |
| 89 | * | H41-5011958-S | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-B037 EM |
| 90 | * | H41-5011958-S | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-B038 GP |
| 91 | * | H41-5011958-8 | 1/18/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TF2-B039 EM |

*The merchandise marked by an asterisk (*) consists of a photoresist identified on the commercial invoice in the specified entry (a) which is not stipuiable and is abandoned or (bj as to which all relief sought has previously been granted and no further relief is due.

3/10

Ohka America, Inc.
Court No. 05-00286
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 92 | | H41-5011964-6 | 1/23/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-6a-63 |
| 93 | | H41-5011964-6 | 1/23/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-7A-29 |
| 94 | | H41-5011964-6 | 1/23/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-TF02 |
| 95 | | H41-5011964-6 | 1/23/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P349(EM) 10.5CP |
| 96 | | H41-5011964-6 | 1/23/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P628 EL |
| 97 | | H41-5011964-6 | 1/23/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TSMR-IN009(PM) 30CP |
| 98 | | H41-5011964-6 | 1/23/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-370AL EM |
| 99 | | H41-5011983-6 | 1/30/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TSCR-110i I5(LB) 12CP |
| 100 | | H41-5011983-6 | 1/30/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDMR-AR65(HP) 6CP |
| 101 | | H41-5011983-6 | 1/30/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TSCR-97I10(B) 13CP |
| 102 | | H41-5011983-6 | 1/30/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | THMR-IP4300(HP) 6CP |
| 103 | | H41-5011983-6 | 1/30/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDMR-AR2000(HP) 6CP |
| 104 | | H41-5011983-6 | 1/30/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDMR-AR89(LB) 23.5CP |
| 105 | | H41-5011983-6 | 1/30/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-534HI(EL) 8CP |
| 106 | | H41-5011996-8 | 2/6/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P511(PM) 4CP |
| 107 | * | H41-5011996-8 | 2/6/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | EP-TF004 |
| 108 | | H41-5011996-8 | 2/6/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-619HL(EL) 17CP |
| 109 | | H41-5011996-8 | 2/6/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-619HI(EL) 17CP |
| 110 | | H41-5011997-6 | 2/7/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TARF-6A-71 |
| 111 | * | H41-5011997-6 | 2/7/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | OEBR-CAP209 EL |
| 112 | * | H41-5011997-6 | 2/7/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | EN-014 |
| 113 | | H41-5011997-6 | 2/7/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P052(PM) 7CP |
| 114 | | H41-5011997-6 | 2/7/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P628(EL) 17CP |
| 115 | | H41-5011997-6 | 2/7/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P628D05(EL) 17CP |
| 116 | | H41-5011997-6 | 2/7/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P628D10(EL) 17CP |
| 117 | | H41-5011997-6 | 2/7/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P628D15(EL) 17CP |
| 118 | | H41-5012000-8 | 2/9/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | DP-379AL(EM) |
| 119 | | H41-5012000-8 | 2/9/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-P009(PM) 8CP |
| 120 | * | H41-5012000-8 | 2/9/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | OFR-5(BE) 6CP |
| 121 | | H41-5012001-6 | 2/9/2001 | 280902-100120 | 1/30/2002 | 10/8/2004 | TDUR-PEX4(PM) |

*The merchandise marked by an asterisk (*) consists of a photoresist identified on the commercial invoice in the specified entry (a) which is not stipulable and is abandoned or (b) as to which all relief sought has previously been granted and no further relief is due.

4/10

Ohka America, Inc.
Court No. 05-00286
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 122 | | H41-5012012-3 | 2/14/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-TFO1 |
| 123 | | H41-5012012-3 | 2/14/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | THMR-IP9650(HP) 5CP |
| 124 | | H41-5012012-3 | 2/14/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | THMR-IP5700(HP) 60CP |
| 125 | | H41-5012012-3 | 2/14/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-AR07(PM) |
| 126 | | H41-5012012-3 | 2/14/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-AC02(PM) |
| 127 | | H41-5012012-3 | 2/14/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-ACF08(PM) |
| 128 | | H41-5012012-3 | 2/14/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-ACF09-1(PM) |
| 129 | | H41-5012012-3 | 2/14/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-POIO(PM) 8CP |
| 130 | * | H41-5012035-4 | 2/22/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | DN-097 |
| 131 | | H41-5012035-4 | 2/22/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TSMR-INOIO(LP) 150CP |
| 132 | | H41-5012035-4 | 2/22/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDMR-AR2000(HP) 7CP |
| 133 | | H41-5012036-2 | 2/22/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P628D15(EL) |
| 134 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P501(PM) 5CP |
| 135 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P501(PM) 4CP |
| 136 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P501(PM) 3CP |
| 137 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TSMR-IN008D2(PM) 4CP |
| 138 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TSMR-V50(EL) 35CP |
| 139 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P511(PM) 3CP |
| 140 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P603(PM) 16CP |
| 141 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P722(EL) 10CP |
| 142 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P722(EL) 17CP |
| 143 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P601(PM) 8CP |
| 144 | | H41-5012043-8 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TSMR-V90(LB) 19CP |
| 145 | | H41-5012045-3 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | DP-630HL(EL) |
| 146 | | H41-5012045-3 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | DP-630HL(EL) |
| 147 | | H41-5012045-3 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | DP-379AL(PM) |
| 148 | | H41-5012045-3 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-5A-52 |
| 149 | * | H41-5012045-3 | 2/27/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TF2-AR07(PM) |
| 150 | | H41-5012062-8 | 3/6/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TSMR-IN022(PM) |
| 151 | | H41-5012064-4 | 3/6/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-6A-59 |

*The merchandise marked by an asterisk (*) consists of a photoresist identified on the commercial invoice in the specified entry (a) which is not stipulable and is abandoned or (b) as to which all relief sought has previously been granted and no further relief is due.

Ohka America, Inc.
Court No. 05-00286
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 152 | | H41-5012064-4 | 3/6/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-6A-71 |
| 153 | | H41-5012064-4 | 3/6/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-5A-52 |
| 154 | | H41-5012064-4 | 3/6/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-6A-63 |
| 155 | | H41-5012064-4 | 3/6/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-7A-29 |
| 156 | | H41-5012064-4 | 3/6/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-5A-52 |
| 157 | | H41-5012064-4 | 3/6/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-5A-52 |
| 158 | | H41-5012064-4 | 3/6/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-6A-63 |
| 159 | | H41-5012064-4 | 3/6/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TARF-7A-29 |
| 160 | | H41-5012075-0 | 3/8/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P628D15(EL) |
| 161 | | H41-5012083-4 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | DP-633HL |
| 162 | | H41-5012083-4 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P511(PM) 4CP |
| 163 | | H41-5012083-4 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P501(PM) 4CP |
| 164 | | H41-5012083-4 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P603(PM) 9CP |
| 165 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P501(PM) 6CP |
| 166 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | THMR-IP4300(HP) 7CP |
| 167 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | THMR-IP2250(EP) 55CP |
| 168 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P017(PM) 8CP |
| 169 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P015(PM) 5.8CP |
| 170 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | THMR-IP9600(HP) 6.5CP |
| 171 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P015(PM) 7CP |
| 172 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TSMR-V90(LB) 19CP |
| 173 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P009(PM) 8CP |
| 174 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | THMR-IP4300{HP) 5CP |
| 175 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TSCR-110i l5(LB) 17CP |
| 176 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | TDUR-P511(PM) 4CP |
| 177 | | H41-5012084-2 | 3/13/2001 | 280902-100276 | 3/28/2002 | 10/8/2004 | OMR-83 SS 25CP |
| 178 | | H41-5012171-7 | 4/23/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P501(PM) 6CP |
| 179 | | H41-5012174-1 | 4/24/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | DP-384AL 5CP |
| 180 | | H41-5012174-1 | 4/24/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | DP-6102(EL) 5CP |
| 181 | | H41-5012174-1 | 4/24/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | DP-R9 |

*The merchandise marked by an asterisk (*) consists of a photoresist identified on the commercial invoice in the specified entry (a) which is not stipulate and is abandoned or (b) as to which all relief sought has previously been granted and no further relief is due.

Ohka America, Inc.
Court No. 05-00286
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 182 | | H41-5012174-1 | 4/24/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | DP-7101(EL) |
| 183 | | H41-5012174-1 | 4/24/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | DP-745 |
| 184 | | H41-S012174-1 | 4/24/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | DP-746 |
| 185 | | H41-5012174-1 | 4/24/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P308(EM) |
| 186 | * | H41-5012174-1 | 4/24/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | THMR-IP1800(EP) 10CP |
| 187 | | H41-5012174-1 | 4/24/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TARF-6A-71(PM) |
| 188 | | H41-5012181-6 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TSMR-IN008D2(PM) 4CP |
| 189 | * | H41-5012181-6 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | THMR-IP3300(LB) 5CP |
| 190 | | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TARF-7A-39 EM |
| 191 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | EP-009 |
| 192 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | EP-012M |
| 193 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | EP-013M |
| 194 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | EUV-501 |
| 195 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | EUV-502 |
| 196 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | EUV-503 |
| 197 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | EUV-504 |
| 198 | | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TARF-TF03 |
| 199 | | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P722(EL) 13CP |
| 200 | | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | DP-381AL |
| 201 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | OEBR-CAP209 |
| 202 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | EN-014 |
| 203 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | EP-012 M |
| 204 | * | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | EP-013 M |
| 205 | | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TARF-P6063(PM) 3CP |
| 206 | | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | DP-7101(EL) |
| 207 | | H41-5012182-4 | 4/26/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | DP-745HC(EL) |
| 208 | | H41-5012185-7 | 4/27/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P630(EL) 7CP |
| 209 | | H41-5012185-7 | 4/27/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P630(EL) 15CP |
| 210 | | H41-5012216-0 | 5/17/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P501(PM) 6CP |
| 211 | | H41-5012224-4 | 5/18/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TARF-P8001(PM) 14.5CP |

*The merchandise marked by an asterisk (*) consists of a photoresist identified on the commercial invoice in the specified entry (a) which is not stipulate and is abandoned or (b) as to which all relief sought has previously been granted and no further relief is due.

Ohka America, Inc.
Court No. 05-00286
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 212 | * | H41-5012263-2 | 6/7/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TF2-ACF15-1(PM) |
| 213 | * | H41-5012263-2 | 6/7/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TF2-ACF15-2(PM) |
| 214 | * | H41-5012263-2 | 6/7/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TF2-ACF15-3(PM) |
| 215 | * | H41-5012263-2 | 6/7/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TF2-ACF15-4(PM) |
| 216 | * | H41-5012263-2 | 6/7/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TF2-ACF16-1(PM) |
| 217 | * | H41-5012263-2 | 6/7/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TF2-ACF16-2(PM) |
| 218 | * | H41-5012263-2 | 6/7/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TF2-ACF16-3(PM) |
| 219 | * | H41-5012263-2 | 6/7/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TF2-ACF16(PE) |
| 220 | | H41-5012263-2 | 6/7/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P630 |
| 221 | | H41-5012263-2 | 6/7/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TARF-6A-71 2.8CP |
| 222 | | H41-5012281-4 | 6/13/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P419(PM) 3.7CP |
| 223 | | H41-5012285-5 | 6/14/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TSMR-IN009(PM) 30CP |
| 224 | | H41-5012285-5 | 6/14/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P383(PM) 5CP |
| 225 | * | H41-5012293-9 | 6/19/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | OEBR-REAP122(PM) |
| 226 | | H41-5012293-9 | 6/19/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | DP-745 |
| 227 | * | H41-5012293-9 | 6/19/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | EP-TF004 |
| 228 | | H41-5012293-9 | 6/19/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-P632 |
| 229 | * | H41-5012293-9 | 6/19/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TF2-ACF55(PM) |
| 230 | * | H41-5012293-9 | 6/19/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TF2-ACF56(PM) |
| 231 | | H41-5012296-2 | 6/20/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-POIS(PM) 7CP |
| 232 | * | H41-5012296-2 | 6/20/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | DN-1Q2(GP) |
| 233 | | H41-5012300-2 | 6/21/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TSMR-IN008D2(PM) 4CP |
| 234 | | H41-5012301-0 | 6/21/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | THMR-!P5770(LB) |
| 235 | | H41-5012301-0 | 6/21/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | THMR-!P5770(LB) |
| 236 | | H41-5012301-0 | 6/21/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | DP-461AC |
| 237 | | H41-5012301-0 | 6/21/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-P630 |
| 238 | * | H41-5012301-0 | 6/21/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | DN-097 |
| 239 | | H41-5012302-8 | 6/22/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-P511(PM) 4CP |
| 240 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-P009(PM) 6CP |
| 241 | | H41-501230S-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TSMR-IN009(PM) 30CP |

*The merchandise marked by an asterisk (*) consists of a photoresist identified on the commercial invoice in the specified entry (a) which is not stipuiable and is abandoned or (b) as to which all relief sought has previously been granted and no further relief is due.

8/10

**Ohka America, Inc.**
**Court No. 05-00286**
**Schedule B**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 242 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | THMR-IP28Q0(EP) 13CP |
| 243 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-P603(PM) 9CP |
| 244 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TSMR-IN022(PM) 30CP |
| 245 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TSMR-IN008D2(PM) 4CP |
| 246 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TSMR-8900(EG) 20CP |
| 247 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TSMR-8900(EG) 20CP |
| 248 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TSMR-8900(LB) 27CP |
| 249 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-P015(PM) 9CP |
| 250 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | THMR-IP1800(EP) 15CP |
| 251 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-P015(PM) 5.8CP |
| 252 | | H41-5012308-5 | 6/26/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TSMR-V90(LB) 19CP |
| 253 | | H41-5012316-8 | 6/28/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TARF-7A-39 |
| 254 | | H41-5012316-8 | 6/28/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TARF-5A-62 |
| 255 | | H41-5012316-8 | 6/28/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | DP-TFOIO(PM) |
| 256 | | H41-5012316-8 | 6/28/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-P722(EL) 11CP |
| 257 | | H41-5012316-8 | 6/28/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TSCR-145i25(LB) 23CP |
| 258 | * | H41-5012316-8 | 6/28/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | SST-A2 |
| 259 | | H41-5012317-6 | 6/28/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-P501(PM) 4CP |
| 260 | | H41-5012317-6 | 6/28/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TSMR-IN008(PM) 10CP |
| 261 | | H41-5012261-6 | 7/5/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TSMR-V50(EL) 35CP |
| 262 | | H41-5012261-6 | 7/5/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-PEX4(PM) 11CP |
| 263 | | H41-5012261-6 | 7/5/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | THMR-IP2600(LB) 36CP |
| 264 | | H41-5012261-6 | 7/5/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P419(PM) 4.5CP |
| 265 | | H41-5012261-6 | 7/5/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | THMR-IP3600D2(HP) |
| 266 | | H41-5012261-6 | 7/5/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P722(EL) 11CP |
| 267 | | H41-5012261-6 | 7/5/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | QFPR-5000(LB) 82CP |
| 268 | | H41-5012261-6 | 7/5/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | THMR-IP1800(EP) 15CP |
| 269 | | H41-5012261-6 | 7/5/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | TDUR-P015(PM) 7CP |
| 270 | | H41-5012261-6 | 7/5/2001 | 280902-100445 | 6/6/2002 | 10/8/2004 | THMR-IP9600(HP) 6.5CP |
| 271 | | H41-5012337-4 | 7/10/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TDUR-P630(EL) 10CP |

*The merchandise marked by an asterisk (*) consists of a photoresist identified on the commercial invoice in the specified entry (a) which is not stipulable and is abandoned or (b) as to which all relief sought has previously been granted and no further relief is due.

9/10

**Ohka America, Inc.**
**Court No. 05-00286**
**Schedule B**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 272 | | H41-5012337-4 | 7/10/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TARF-7A-43 |
| 273 | | H41-5012337-4 | 7/10/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TARF-TF03(EL) |
| 274 | | H41-5012341-6 | 7/12/2001 | 280902-100568 | 7/25/2002 | 10/8/2004 | TARF-6A-71(PM) |
| 275 | | EE6-8033316-2 | 10/5/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | TARF-P6071(PM) 2.8CP |
| 276 | | EE6-8033445-9 | 10/10/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | DP-5106(PM) |
| 277 | | EE6-8033445-9 | 10/10/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | TARF-7A-43 |
| 278 | | EE6-8033626-4 | 10/16/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | DP-370ALTr-2 |
| 279 | | EE6-8033626-4 | 10/16/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | DP-370ALTr-3 |
| 280 | | EE6-8033626-4 | 10/16/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | DP-370AL Tr-4 |
| 281 | * | EE6-8034703-0 | 11/20/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | TF2-ACF25 HP |
| 282 | * | EE6-8034703-0 | 11/20/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | TF2-ACF26 HP |
| 283 | * | EE6-8034703-0 | 11/20/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | TF2-ACF65 HP |
| 284 | * | EE6-8034703-0 | 11/20/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | EP-TF004(EL) |
| 285 | * | EE6-8035171-9 | 12/6/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | EUV-505 |
| 286 | * | EE6-8035171-9 | 12/6/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | EUV-506 |
| 287 | * | EE6-8035171-9 | 12/6/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | EUV-507 |
| 288 | * | EE6-8035171-9 | 12/6/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | EUV-508 |
| 289 | * | EE6-8035171-9 | 12/6/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | EUV-509 |
| 290 | * | EE6-8035399-6 | 12/12/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | TF2-ACF |
| 291 | * | EE6-8035399-6 | 12/12/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | IN-Tr-29 |
| 292 | | EE6-8035399-6 | 12/12/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | TARF-6A-98(EL) |
| 293 | | EE6-8035399-6 | 12/12/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | TARF-6A-97(EL) |
| 294 | | EE6-8035399-6 | 12/12/2001 | 280902-100119 | 1/10/2002 | 10/8/2004 | TARF-6A-97(EL) |

*The merchandise marked by an asterisk (*) consists of a photoresist identified on the commercial invoice in the specified entry (a) which is not stipulable and is abandoned or (b) as to which all relief sought has previously been granted and no further relief is due.

10/10